# IN THE SUPREME COURT OF THE STATE OF NEVADA

HUGO DUARTE,
                    Appellant,
              vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76557

FILED

AUG 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on July 26, 2018. Rather, the district court transferred the petition to the Seventh Judicial District Court. To the extent that appellant appeals from the order transferring jurisdiction, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ *Cherry*, J.
Cherry

_____, J.
Parraguirre

_____ *Stiglich*, J.
Stiglich

18- 32097

cc:    Hon. Linda Marie Bell, District Judge
Hugo Duarte
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk